**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

MARIO MADRIGAL MIRANDA,　　　　) 　Case No. CV 17-02821-JLS (AS)
　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　)
　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　)　　　　　**JUDGMENT**
　　　　　　　　　　　　　　　　)
DANIEL PARAMO, Warden,　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　　　Respondent.　　　 )
　　　　　　　　　　　　　　　　)
_____)


　　　Pursuant to the "Order of Dismissal,"


　　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.


DATED: <u>April 24, 2017</u>

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE